UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21969-CIV-WILLIAMS

JOHN ENRIGHT,

    Plaintiff,

vs.

PRINCIPAL LIFE INS. CO.,

    Defendant.
_____/

## ORDER TRANSFERRING CASE

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation regarding Defendant's Motion to Dismiss for Lack of Jurisdiction (the "Report") (DE 9).  Neither Party filed objections to the Report.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the conclusions in the Report (DE 9) are **AFFIRMED AND ADOPTED**.  Defendant's Motion (DE 6) is **GRANTED IN PART** to the extent that it seeks a transfer.  The Clerk is directed to **TRANSFER** this action to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. § 1406(a), and **CLOSE** this case.  All pending Motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 10th day of September, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE